IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

NATHAN DANILE HODGES,
ID #163361                                                                                             PLAINTIFF

V.                         CASE NO. 4:17-CV-00266 SWW/BD

LITTLE ROCK POLICE DEPARTMENT                                           DEFENDANT

**RECOMMENDED DISPOSITION**

**I**.      **Procedure for Filing Objections**

This Recommended Disposition ("Recommendation") has been sent to Judge Susan Webber Wright. Any party may file written objections to this Recommendation. If objections are filed, they must be specific and must include the factual or legal basis for your objection. Objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Wright can adopt this Recommendation without independently reviewing the record. By not objecting, you may also waive any right to appeal questions of fact.

**II.**     **Discussion**

Nathan Hodges, an inmate at the Nevada County Jail, filed this civil rights lawsuit without the help of a lawyer. (Docket entry #1) Allegations in the complaint failed to state a federal claim for relief. Rather than recommending dismissal, however, the Court ordered Mr. Hodges to file an amended complaint within thirty days of May 16, 2017. (#8) The Court specifically cautioned Mr. Hodges that his claims could be dismissed,

without prejudice, if he failed to comply with the Court's order. As of this date, Mr. Hodges has not filed an amended complaint, as ordered.

### III. Conclusion

The Court recommends that Mr. Hodges's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's May 16, 2017 Order and his failure to prosecute this lawsuit.

DATED this 21st day of June, 2017.

_____
UNITED STATES MAGISTRATE JUDGE