IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

NATHAN DANILE HODGES,
ID #163361                                                                                  PLAINTIFF

V.                           CASE NO. 4:17-CV-00266 SWW/BD

LITTLE ROCK POLICE DEPARTMENT                                     DEFENDANT

## ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. The parties have not filed objections. After careful consideration of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Hodges's claims are DISMISSED, without prejudice, based on his failure to respond to the Court's May 16, 2017 order and his failure to prosecute this lawsuit.

IT IS SO ORDERED, this 8th day of July, 2017.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE