IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

NATHAN DANILE HODGES,
ID #163361                                                                                    PLAINTIFF

V.                          CASE NO. 4:17-CV-00266 SWW/BD

LITTLE ROCK POLICE DEPARTMENT                                     DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 8th day of August, 2017.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE